FILED
CLERK, U.S. DISTRICT COURT

10/24/2025

CENTRAL DISTRICT OF CALIFORNIA
ER
BY:_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTEBAN FIGUEROA LARREA,<br><br>Defendant. | Case No.  2:25-MJ-06628 DUTY<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

    ☒     the appearance of defendant as required; and/or

    ☒     the safety of any person or the community.

//
//
//

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk.  The risk of nonappearance is based on: instant allegations; refusal to be interviewed by Pretrial; no known bail resources; prior violation of supervised release; prior removals.

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.  The risk of danger is based on: instant allegations; criminal history; prior non-compliance with supervised release requirements; violation of court orders.

IT IS THEREFORE ORDERED that the defendant be detained.


Dated:  10/24/2025

_____/s/_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE